Peter C Benedith

Plaintiff (Pro Se)

petenwe@yahoo.com

819 Santee Street Apt 905

Los Angeles CA 90014

3104830579





CV 22-1585

KOMITEE, J.

SCANLON, M.J.

United State District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Peter C Benedith

               Plaintiff

V

Southern California Hospital Culver City

               Defendant

Case Number

Complaint in a Civil Case

Jury Trial-Yes

Complaint for a civil case

Parties to the Complaint:

Plaintiff

Name: Peter C Benedith

Address: 421 Eight Ave 7432

NY, NY 10116

Phone: 310-483-0579

Email: petenwe@yahoo.com

Defendant 1

Name: Southern California Hospital at Culver City

Address: 3828 Delmas Terrace, Culver City, CA 90232

Phone: (310) 836-7000

Jurisdiction:

This Court has jurisdiction over this matter by virtue of 28USC1332 (Diversity of Citizenship)

Citizenship of the parties:

Plaintiff: Peter C Benedith (Citizen of State of NY)

Defendant: Southern California Hospital Culver City (Business entity in Culver City California)

Facts:

I guess going to Harvard and MIT is a good thing but I went to community college and after that I went to a State School as a working student and I am very proud of it. I know in Brooklyn, all over NYC and even in the lovely state of California, I know that there are many more people like me. I am suing this defendant for 180 thousand dollars for intimidation and harassment.

Statement of facts: I got a call from someone in their administration stating that they found something about me online (my guess is that this is likely my lawsuit against Cuyahoga of OH and her White coat gangsters in attempt to defend my personal liberty and personal property). According to him, his is their Chief of Medicine. He stated as a result of this, that he was going to deny my application for staff member there. I actually already had appointment to the medical staff there over the past two years. He basically told me to withdraw my application or he could terminate my membership and then report me to the medical board. I told him that I do not want to withdraw my membership there. He then told me that he was going to report me to the medical board. I told him to report me to the medical board and this is the right thing to do.

He started yelling at me and told me to stunt up and called a duck (? Doc). I was not sure what he meant and I think though that is what they called doctor there. He was very intimidating and I felt he was trying to get me to do something immoral and wrong using his position of authority. I texted angrily after feeling lots of heart fluttering and told that I will not to withdraw my application. I understood what he was telling me that the medical board will take my license then that he went to Harvard and MIT and that I need a psychiatry. He then sent me a letter days later from the medical staff office that I have to attend a meeting there and please see attachment A. Of course, I cannot attend because I am busy working to live my personal life. I just moved to NYC and working in Brooklyn and wanted to keep my appointment there so I may moonlight if I needed to.

I know that it cool thing for doctors to threaten one another and end anyone however they want or desire but I do not believe that Men or even Women should use to power or cloud with the medical board or whoever else to harasses and intimidation anyone.

The defendant is being sued for emotional distress and I believe that they should buy into the we think is absolute and not what their position and desires wants it to be absolute.

Relief:

The plaintiff is suing for damages one hundred and eighty dollars

PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Dated:   3/13/2022         Plaintiff's Signature: _____

First Name: Peter          Middle Initial: C          Last Name: Benedith

Street Address: 421 Eight Ave 7432

County: NY   City: NY   State: NY          Zip Code: 10116

Telephone Number: 310-483-0579     Email Address: petenwe@yahoo.com

# ATTACHMENT A


**SOUTHERN CALIFORNIA HEALTHCARE SYSTEM, INC.**

| Southern California Hospital at Culver City | Southern California Hospital at Hollywood | Southern California Hospital at Van Nuys |
|---|---|---|
| 3828 Delmas Terrace | 6245 Delongpre Avenue | 14433 Emelita Street |
| Culver City, CA 90232 | Los Angeles, CA 90028 | Van Nuys, CA 91401 |
| (310) 836-7000 | (323) 462-2271 | (818) 787-1511 |
| (310) 202-4141 Fax | (323) 463-3830 Fax | (818) 530-0519 Fax |

*To be Opened by Addressed Only*
*Confidential Medical Staff Peer Review Communication Protected by CA Evidence Code Section 1157*

*Delivered via Registered Mail, Return Receipt Requested and E-Mail*

March 11, 2022

Peter Benedith, M.D.
2082 Century Park East
Century City, CA 900678

Re:   **Mandatory Meeting Appearance with Ad Hoc Medical Staff Committee at 12 noon on March 21, 2022 in the Administrative Conference Room**

Dear Dr. Benedith:

This letter is to notify you that you are required to attend an Ad Hoc Medical Staff Committee meeting that is scheduled for 12:00 p.m., Monday, March 21, 2022 in the Administrative Conference room of the Hospital.

Your attendance at this meeting is **mandatory** to discuss (1) each of the seven (7) peer review referrals regarding your conduct, with allegations such as being rude, yelling, being unprofessional with the family with of a dying patient and delaying care by not being responsive and not returning calls, (2) your March 7, 2022 reported unprofessional communications with the Medicine Department Chair, and (3) what may be a pattern of unprofessional conduct. In this regard, all of the foregoing reported conduct occurred after you were granted temporary privileges on November 21, 2021.

You are advised that your failure to attend this required meeting would result in the automatic suspension of all of your clinical privileges. You are referred to Medical Staff Bylaws Sections 7.3.3 and 13.5.1 (copies enclosed). You are advised that, if your absence from the required meeting would be excused by the Medical Executive Committee upon documented good cause, another mandatory meeting would be scheduled.

As you know, your temporary privileges are scheduled to expire on March 23, 2022 and you have a pending application for appointment. Your application for appointment is incomplete pending your meeting with the Ad Hoc Medical Staff Committee and responses to the above issues. After the Medical Staff evaluates your responses at this meeting, the Medical Staff would determine how to proceed with your application.

Any communications in response to the above should be sent via email to the Director of Medical Staff Services, whose email is: Schawatha.Satterwhite@schospitals.com

Sincerely,

Stephan Carney, M.D.
Chair, Medicine Department

Enclosure: Medical Staff Bylaws Section 7.3.3 and 13.5.1

or restricted in a similar manner, as of the date such action becomes effective and throughout its term.

(c) **Probation:** Whenever a member is placed on probation by the applicable licensing or certifying authority, his or her membership status and clinical privileges shall automatically become subject to the same terms and conditions of the probation as of the date such action becomes effective and throughout its term.

### 7.3.2 CONTROLLED SUBSTANCES

(a) Whenever a member's DEA certificate is revoked, limited or suspended, the member shall automatically and correspondingly be divested of the right to prescribe medications covered by the certificate, as of the date such action becomes effective and throughout its term. Upon such revocation, limitation or suspension, the member may be required to submit a plan for another member to timely order medications with the failure to immediately submit a plan will result in the automatic suspension of clinical privileges pending receipt of a plan.

(b) **Probation:** Whenever a member's DEA certificate is subject to probation, the member's right to prescribe such medications shall automatically become subject to the same terms of the probation, as of the date such action becomes effective and throughout its term.

### 7.3.3 FAILURE TO SATISFY SPECIAL APPEARANCE REQUIREMENTS

Failure of a member without good cause to appear and satisfy the requirements of Section 13.5.1 shall result in an automatic suspension of all clinical privileges as set forth in Section 13.5.1.

### 7.3.4 MEDICAL RECORDS

Members of the Medical Staff are required to complete medical record within such reasonable time as may be prescribed by the Medical Executive Committee or detailed in general or clinical service Rules and Regulations of the Medical Staff. Limited suspension in the form of withdrawal of admitting and other related privileges until medical records are completed, shall be imposed by the Chief of Staff, or his or her designee, after notice of the delinquency for failure to complete medical records within such period.

For the purposes of this Section, "related privileges" means voluntary on-call service for the emergency room, scheduling surgery, assisting in surgery, consulting on hospital cases, and providing professional services within the hospital for future patients. Bona fide vacation or illness may constitute an excuse subject to approval by the Medical Executive Committee. Members whose privileges have been suspended for delinquent records may admit patients only in life-threatening situations. The suspension shall continue until lifted by completion of the said records, and approved by the Chief of Staff or his or her designee. In all other instances, no hearing and appeal rights are available to any practitioner who clinical privileges are automatically suspended due to incomplete medical records. The suspension can be lifted

SOUTHERN CALIFORNIA HEALTHCARE SYSTEM, INC  
MEDICAL STAFF BYLAWS                                          PAGE 107

### 13.4.2 MANNER OF ACTION

Except as otherwise specified, the action of a majority of the members present and vote at a meeting at which a quorum is present shall be the action of the group. A meeting at which a quorum is initially present may continue to transact business notwithstanding the withdrawal of members, if any action taken is approved by at least a majority of the required quorum for such meeting, or such greater number as may be specifically required by these Bylaws. Committee action may be conducted by telephone conference that shall be deemed to constitute a meeting for the matters discussed in that telephone conference. Valid action may be taken without a meeting by a committee if it is acknowledged in writing setting forth the action taken which is signed by at least two-thirds of the members entitled to vote.

## 13.5 MINUTES

Except as otherwise specified herein, minutes of meetings shall be prepared and retained. They shall include, at a minimum, a record of the attendance of members and the vote taken on significant matters. A copy of these minutes shall be signed by the presiding officer of the meeting and forwarded to the Medical Executive Committee.

### 13.5.1 SPECIAL ATTENDANCE

At the discretion of the chair or the presiding officer, when a member's practice or conduct is scheduled for discussion at a department, section or committee meeting, the member may be requested to attend. If a suspected deviation from standard clinical practice or conduct is involved, the notice shall be given at least seven (7) days prior to the meeting and shall include the time and place of the meeting, a general indication of the issue involved and state that attendance is required. Failure of a member to appear at any meeting to which notice was given that attendance was required, unless excused by the Medical Executive Committee or designee upon documented showing of good cause, shall result in an automatic suspension of all or of the individual's clinical privileges. Such suspension shall remain in effect until the individual meets with and responds to the committee or department or is automatically terminated in accordance with Section 7.3.3. If the individual submits documentation the Medical Executive Committee or designee determines demonstrates good cause for not being able to attend a required meeting, the individual may be required to attend another meeting.

## 13.6 CONDUCT OF MEETINGS

Unless otherwise specified, meetings shall be conducted according to Robert's Rules of Order; however, technical or non-substantive departures from such rules shall not invalidate action taken at such meeting.

## 13.7 NOTICE

Notice of regular meetings may be given orally, electronically, or by facsimile. For any special meeting or any regular meeting not held pursuant to resolution, written or oral notice stating the place, day and hour of the meeting shall be given to each member not less than five (5) days before the time of such meeting. If mailed, the notice of the meeting shall be deemed delivered when deposited in the United States mail addressed to the member at his/her address as it appears on the records of the Hospital, with

JS 44 (Rev. 4-29-21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Peter C Benedith

## DEFENDANTS
Southern California Hospital Culver City

**(b)** County of Residence of First Listed Plaintiff: New York County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Los Angeles County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y.
★ MAR 17 2022 ★
BROOKLYN OFFICE

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Peter C Benedith (ProSe)
421 Eight Ave 7432 NY NY 10116
3104830579

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

Does this action include a motion for temporary restraining order or order to show cause? Yes [ ]  No [x]

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | | 820 Copyrights | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | | 830 Patent | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | | | 835 Patent - Abbreviated New Drug Application | 460 Deportation |
| | | | | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | 880 Defend Trade Secrets Act of 2016 | 480 Consumer Credit (15 USC 1681 or 1692) |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 370 Other Fraud | 710 Fair Labor Standards Act | | 485 Telephone Consumer Protection Act |
| 190 Other Contract | 360 Other Personal Injury | 371 Truth in Lending | 720 Labor/Management Relations | **SOCIAL SECURITY** | 490 Cable/Sat TV |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice | 380 Other Personal Property Damage | 740 Railway Labor Act | 861 HIA (1395ff) | 850 Securities/Commodities/Exchange |
| 196 Franchise | | 385 Property Damage Product Liability | 751 Family and Medical Leave Act | 862 Black Lung (923) | |
| | | | | 863 DIWC/DIWW (405(g)) | |
| | | | | 864 SSID Title XVI | [x] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 790 Other Labor Litigation | 865 RSI (405(g)) | 891 Agricultural Acts |
| 210 Land Condemnation | 440 Other Civil Rights | **Habeas Corpus:** | 791 Employee Retirement Income Security Act | | 893 Environmental Matters |
| 220 Foreclosure | 441 Voting | 463 Alien Detainee | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 442 Employment | 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 240 Torts to Land | 443 Housing/ Accommodations | 530 General | | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 535 Death Penalty | **IMMIGRATION** | | |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | **Other:** | 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| | 448 Education | 540 Mandamus & Other | 465 Other Immigration Actions | | |
| | | 550 Civil Rights | | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28USC1332
Brief description of cause:
Diversity of Citizenship

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 180,000
CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____  DOCKET NUMBER _____

DATE 3/13/22
SIGNATURE OF ATTORNEY OF RECORD: Peter C Benedith

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

## CERTIFICATION OF ARBITRATION ELIGIBILITY

Local Arbitration Rule 83.7 provides that with certain exceptions, actions seeking money damages only in an amount not in excess of $150,000, exclusive of interest and costs, are eligible for compulsory arbitration. The amount of damages is presumed to be below the threshold amount unless a certification to the contrary is filed.

Case is Eligible for Arbitration ☐

I, **PETER C BENEDITH**, counsel for **PRO SE PLAINTIFF**, do hereby certify that the above captioned civil action is ineligible for compulsory arbitration for the following reason(s):

☒ monetary damages sought are in excess of $150,000, exclusive of interest and costs,

☐ the complaint seeks injunctive relief,

☐ the matter is otherwise ineligible for the following reason

### DISCLOSURE STATEMENT - FEDERAL RULES CIVIL PROCEDURE 7.1

Identify any parent corporation and any publicly held corporation that owns 10% or more or its stocks:

### RELATED CASE STATEMENT (Section VIII on the Front of this Form)

Please list all cases that are arguably related pursuant to Division of Business Rule 50.3.1 in Section VIII on the front of this form. Rule 50.3.1 (a) provides that "A civil case is "related" to another civil case for purposes of this guideline when, because of the similarity of facts and legal issues or because the cases arise from the same transactions or events, a substantial saving of judicial resources is likely to result from assigning both cases to the same judge and magistrate judge." Rule 50.3.1 (b) provides that " A civil case shall not be deemed "related" to another civil case merely because the civil case: (A) involves identical legal issues, or (B) involves the same parties." Rule 50.3.1 (c) further provides that "Presumptively, and subject to the power of a judge to determine otherwise pursuant to paragraph (d), civil cases shall not be deemed to be "related" unless both cases are still pending before the court."

### NY-E DIVISION OF BUSINESS RULE 50.1(d)(2)

1.) Is the civil action being filed in the Eastern District removed from a New York State Court located in Nassau or Suffolk County?   ☐ Yes   ☒ No

2.) If you answered "no" above:
a) Did the events or omissions giving rise to the claim or claims, or a substantial part thereof, occur in Nassau or Suffolk County?   ☐ Yes   ☒ No

b) Did the events or omissions giving rise to the claim or claims, or a substantial part thereof, occur in the Eastern District?   ☐ Yes   ☒ No

c) If this is a Fair Debt Collection Practice Act case, specify the County in which the offending communication was received:

If your answer to question 2 (b) is "No," does the defendant (or a majority of the defendants, if there is more than one) reside in Nassau or Suffolk County, or, in an interpleader action, does the claimant (or a majority of the claimants, if there is more than one) reside in Nassau or Suffolk County?   ☐ Yes   ☒ No
*(Note: A corporation shall be considered a resident of the County in which it has the most significant contacts).*

### BAR ADMISSION

I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court.

☐ Yes       ☐ No

Are you currently the subject of any disciplinary action (s) in this or any other state or federal court?

☐ Yes   (If yes, please explain   ☐ No

I certify the accuracy of all information provided above.
Signature: _____

Last Modified: 11/27/2017

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Peter C Benedith<br>421 Eight Ave 7432 NY, NY 10116<br>3104830879<br>petenwe@yahoo.com<br><br>*Plaintiff(s)*<br>v.<br>Southern California Hospital Culver City<br>3828 Delmas Terrace, Culver City, CA 90232<br>3108367000<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Southern California Hospital Culver City
3828 Delmas Terrace, Culver City, CA 90232
3108367000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Peter C Benedith
421 Eight Ave 7432 NY, NY 10116
3104830879
petenwe@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:


